

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00222-CV

SANJAY JOSHI, APPELLANT

V.

SOUTHLAKE AUTOMOTIVE, LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2016-006369-1, Honorable Don Pierson, Presiding

September 30, 2019

## ORDER REINSTATING APPEAL

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, Sanjay Joshi, appeals from the trial court's take-nothing judgment. Appellee, Southlake Automotive, LLC has filed a cross-appeal. On June 21, 2019, we abated the appeal and suspended all appellate deadlines to allow the parties time to mediate the case. On September 26, 2019, Appellant notified the Court that the mediation was unsuccessful. Accordingly, we reinstate the appeal on our docket. The reporter's record is due on or before October 30, 2019. TEX. R. APP. P. 35.3(b), (c).

It is so ordered.

Per Curiam